UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

ERICA ITZHAK,

                Debtor.

Chapter 11

Case No.: 24-10669 (JPM)

-----------------------------------------------------------x

YOSSEF KAHLON,

                Plaintiff,

– v –

ERICA ITZHAK,

                Defendant.

Adv. Pro. No. 25-01042 (JPM)

-----------------------------------------------------------x

## STIPULATED SCHEDULING ORDER

Upon the hearing held on May 6, 2025; and upon consent of all parties; it is hereby ORDERED as follows:

1. All discovery shall be completed by July 31, 2025. In the event of a dispute over discovery, the parties' counsel shall promptly confer to attempt in good faith to resolve the dispute. If, notwithstanding their good faith efforts to do so, they are unable to resolve a discovery issue, they shall promptly inform the Court by letter of the nature of the dispute and request a telephonic discovery conference. At the conference, the Court will ask the parties about their prior efforts to resolve the dispute.

2. The Court will hold a further pretrial conference on **August 27, 2025 at 9:00 a.m**

3. Either or both parties may seek leave under the Local Bankruptcy Rules to move for summary judgment under Fed. R. Bankr. P. 7056 after completion of discovery. If such request is granted, the parties shall schedule the adjourned pretrial conference to take place approximately one month after the scheduled hearing on summary judgment.

**The parties cannot amend this order by stipulation or otherwise, and the Court will not amend it unless presented with (i) proof of cause beyond the control of the party seeking**

1

amendment and (ii) timely application as soon as possible after the party seeking amendment learns of the cause.  **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTION.**

Dated: New York, New York  /S/ John P. Mastando III
      May 30, 2025

HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE