**Adjourned Conference Date: September 10, 2025**
**Conference Time: 11:00 a.m.**

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Defendant Erica Itzhak*
1350 Broadway, 11th Floor
New York, New York 10018
Tel (212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

In re:

**ERICA ITZHAK,**

                          **Debtor.**

Chapter 11

Case No.: 24-10669 (JPM)

-----------------------------------------------------------x

**YOSSEF KAHLON,**

                          **Plaintiff,**

    – v –

**ERICA ITZHAK,**

                           **Defendant.**

Adv. Pro. No. 25-01042 (JPM)

-----------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE**

**PLEASE TAKE NOTICE,** the pretrial conference in the above-captioned adversary proceeding has been adjourned from **August 27, 2025 at 9:00 a.m. to September 10, 2025 at 11:00 a.m.** (the "Pretrial Conference").

**PLEASE TAKE FURTHER NOTICE,** the Pretrial Conference will be held via Zoom for Government[1] before the Honorable John P. Mastando III at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004. The

---

[1] Any party who wishes to attend the Pretrial Conference is required to register their appearance by 4:00 p.m. one business day before any scheduled Zoom® Pretrial Conference with the eCourtAppearances tool on the Court's website. Judge Mastando's Zoom instructions may be viewed at https://www.nysb.uscourts.gov/content/judge-john-p-mastando-iii.

Pretrial Conference may be adjourned, from time to time, by announcement in open Court without any further or other notice thereof.

Dated: New York, New York
August 27, 2025

          **TARTER KRINSKY & DROGIN LLP**
          *Attorneys for Defendant Erica Itzhak*

          By: */s/ Scott S. Markowitz*
              Scott S. Markowitz, Esq.
              1350 Broadway, 11th Floor
              New York, New York 10018
              Tel: (212) 216-8000
              Email: smarkowitz@tarterkrinsky.com