UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

ERICA ITZHAK,

                           Debtor.

-----------------------------------------------------------x

YOSSEF KAHLON,

                           Plaintiff,

      – v –

ERICA ITZHAK,

                         Defendant.

-----------------------------------------------------------x

Chapter 11

Case No.: 24−10669−jpm

Adv. Proceeding No.:25-01042-jpm

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
*PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)*

      Comes Now, David H. Haft, Esq. ("Attorney Haft"), and the law firm of David H. Haft, P.A. (the "Firm"), hereby seek, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy Rules, an order withdrawing Attorney Haft and the Firm as attorney of record for Plaintiff Yossef Kahlon in these adversary proceedings, and providing that David H. Haft's name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, as follows:

      1.    Irreconcilable differences have arisen between the Firm, Attorney Haft. and Mr. Kahlon, making Attorney Haft and the Firm's continued representation of Plaintiff Kahlon impossible under the circumstances.

      2.    To this point, by written correspondence dated August 18, 2025, Mr. Kahlon notified the Firm and Attorney Haft that Kahlon was terminating, effective immediately, the existing attorney-

client relationship between the Firm, Attorney Haft, and Plaintiff Kahlon.[1]

3. Accordingly, based on the foregoing, the Firm and Attorney Haft can no longer represent the Plaintiff Kahlon in this matter.

4. As a result of the foregoing, the Firm and Attorney Haft respectfully request that they be allowed to withdraw as counsel of record for the Plaintiff Jossef Kahlon and that they be discharged from any and all further responsibility in this matter.

5. Additionally, the Firm and Attorney Haft respectfully request that David H. Haft's name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, in this matter.

6. The undersigned has advised Plaintiff Kahlon of its intent to withdraw from representation in this matter and has served a copy of this Motion on its clients.

7. The undersigned certifies that this Motion is being filed in good faith and not for purposes of delay and that no prejudice will result from the granting of this Motion.

WHEREFORE, the law firm of David H. Haft, P.A., and David H. Haft, Esq. respectfully request that this Court enter an order granting the instant Motion to Withdraw as counsel of record for Plaintiff Jossef Kahlon in this proceeding, relieving the undersigned from all further responsibility in this case, and for any further relief this Court may deem just and proper under the circumstances.

Respectfully submitted,

By: */s/ David H. Haft*
David H. Haft, Esq.
david@dhaftlaw.com
**David H. Haft, P.A.**
1526 Cardinal Way, Suite A
Weston, Florida 33327
Tel: (954) 459-1358
*Attorneys for Plaintiff*

---

[1] If required, or upon request of the Court, the undersigned will provide a copy of the August 18, 2025 from Kahlon for *in camera* inspection.

*Exhibit A-*
*Proposed Order*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

ERICA ITZHAK,

Chapter 11

Case No.: 24−10669−jpm

Debtor.
------------------------------------------------------------x
YOSSEF KAHLON,

Adv. Proceeding No.:25-01042-jpm

Plaintiff,

– v –

ERICA ITZHAK,

Defendant.
------------------------------------------------------------x

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD, PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

THIS MATTER having been brought before the Court on Motion for Entry of an Order, Pursuant to Local Bankruptcy Rule 2090-1(e), to Withdraw as Attorneys of record (the "Motion") of David H. Haft, Esq., and the law firm of David H. Haft, P.A., and the Court having reviewed the Motion and considered this matter pursuant to Local Bankruptcy Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York; and for good cause shown; it is hereby

ORDERED that the Motion of David H. Haft, Esq., and the law firm of David H. Haft, P.A.,

to Withdraw as counsel of record for Plaintiff Jossef Kahlon in the above captioned proceeding is granted; and it is further

ORDERED that the request for the removal of David H. Haft, Esq., and the law firm of David H. Haft, P.A., on behalf of Plaintiff Jossef Kahlon in the above captioned proceeding, from all service lists in the Case, including the Court's ECF notification system is hereby granted; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.