UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

ERICA ITZHAK,

          Chapter 11

          Case No.: 24−10669−jpm

          Debtor.
------------------------------------------------------------x
YOSSEF KAHLON,

          Adv. Proceeding No.:25-01042-jpm

          Plaintiff,
   – v –

ERICA ITZHAK,

          Defendant.
------------------------------------------------------------x

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEYS OF RECORD, PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

THIS MATTER having been brought before the Court on Motion for Entry of an Order, Pursuant to Local Bankruptcy Rule 2090-1(e), to Withdraw as Attorneys of record (the "Motion") of David H. Haft, Esq., and the law firm of David H. Haft, P.A., and the Court having reviewed the Motion and considered this matter pursuant to Local Bankruptcy Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York; and for good cause shown; it is hereby

ORDERED that the Motion of David H. Haft, Esq., and the law firm of David H. Haft, P.A.,

to Withdraw as counsel of record for Plaintiff Jossef Kahlon in the above captioned proceeding is granted; and it is further

ORDERED that the request for the removal of David H. Haft, Esq., and the law firm of David H. Haft, P.A., on behalf of Plaintiff Jossef Kahlon in the above captioned proceeding, from all service lists in the Case, including the Court's ECF notification system is hereby granted; and it is further

ORDERED that the Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.